# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. STONE,<br><br>             Plaintiff,<br><br>     v.<br><br>STANISLAUS COUNTY SUPERIOR COURT, et al.,<br><br>             Defendants. | Case No.  1:14-cv-01639---SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 3)<br><br>TWENTY DAY DEADLINE |

Plaintiff Christopher, appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed a complaint on October 20, 2014.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application was not adequately completed.

Initially, Plaintiff did not sign the application.  Unsigned documents cannot be considered by the Court, and Plaintiff's application shall be stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Additionally, Plaintiff failed to respond to all questions in section 3 of the application.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

1

full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned application to proceed in forma pauperis is STRICKEN FROM THE RECORD;

2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **October 30, 2014**

_____
UNITED STATES MAGISTRATE JUDGE